IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Smith, et al.,

  Plaintiffs,

vs.                                                                               Civil No. 12-cv-1746

St. Jude Medical Cardiac Rhythm
Management Division, et al.,

  Defendants.

_____/

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

☐    I certify, as party/counsel in this case that _____
                                                                (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

☒    The following corporate affiliations exist with <u>Defendant, Pacesetter, Inc. d/b/a St. Jude Medical Cardiac Rhythm Management Division, a Delaware corporation</u>:

<u>Pacesetter, Inc. d/b/a St. Jude Medical Cardiac Rhythm Management Division is a wholly owned subsidiary of St. Jude Medical, Inc., a Minnesota corporation.</u>

☐    The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(name of party)

Dated this __20th___ day of June, 2012.

        Respectfully submitted,

        /s/ Charles J. Broida_____
        Charles J. Broida (Md. Fed Bar No. 02159)
        cbroida@prodigy.net

        /s/ Ronald L. Spahn_____
        Ronald L. Spahn (Fed. Bar. No. 07806)
        RLSpahn@Netscape.net
        Spahn & Broida
        5401 Twin Knolls Rd
        Columbia, MD 21045-3237
        Telephone:  (410) 992-9700
        Facsimile: (410) 964-9018

        -and-

        Gregory L. Hillyer/Md. Fed. No. Bar 17203
        GHillyer@FeldmanGale.com
        James A. Gale/Fla. Bar. No. 371726
        JGale@FeldmanGale.com
        Christopher P. Demetriades/Fla. Bar No. 112917
        CDemetriades@FeldmanGale.com
        (Admission Pro Hac Vice–To Be Applied For)
        Feldman Gale, P.A.
        One Biscayne Tower, 30th Floor
        2 South Biscayne Boulevard
        Miami, Florida 33131-4332
        Telephone:  (305) 358-5001
        Facsimile:  (305) 358-3309

        **Counsel for Defendant**
        **Pacesetter, Inc. d/b/a St. Jude Medical Cardiac**
        **Rhythm Management Division**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing served via U.S. Mail on this ___20th_____ day of June, 2012 to Counsel for Plaintiffs, Kurt D. Karsten, Esq., Ridgely Oaks Professional Center, 621 Ridgely Avenue, Suite 402, Annapolis, Maryland 21401 and Lifewatch Services, Inc., Registered Agent, Illinois Corporation Services C, 801 Adlai Stevenson Dr., Springfield, Ill. 62703.

/s/ Charles J. Broida_____
Charles J. Broida