# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BYRON SMITH, Individually and as | * | |
| Personal Representative of the Estate of | * | |
| India N. Smith, *et al.* | * | |
| | * | |
| v. | * | Civil Case No. CCB-12-1746 |
| | * | |
| ST. JUDE MEDICAL CARDIAC RHYTHM | * | |
| MANAGEMENT DIVISION, *et al.* | * | |

# ORDER

For the reasons stated in the accompanying memorandum, it is, this 13th day of March, 2013, ORDERED that:

(1) defendant St. Jude's Motion to Dismiss [ECF No. 14] is **Granted**;

(2) defendant Lifewatch's Motion to Dismiss [ECF No. 22] is **Denied without prejudice**;

(3) plaintiffs may have 21 days to amend their complaint to reflect compliance with the MHCMCA; and

(4) following the amendment, the case will be stayed.

_____/s/_____
Catherine C. Blake
United States District Judge